**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Leonard Tyo,   Civil No. 10-3923 (RHK/JJG)

        Plaintiff,   **ORDER**

vs.

Liberty Life Assurance Company of
Boston, Seagate US, LLC,

        Defendants.

_____

Based upon the Notice of Dismissal of Defendant Seagate US, LLC (Doc. No. 2) filed by Plaintiff, and upon all the files, records and proceedings herein, **IT IS ORDERED** that all claims against Seagate US, LLC are **DISMISSED WITHOUT PREJUDICE**.

Dated: October 13, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge