## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Leonard Tyo, | Civil No. 10-3923 (RHK/JJG) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Liberty Life Assurance Company of Boston, | |
| Defendant. | |

Based on the parties' Stipulation for Dismissal with Prejudice (Doc. No. 13), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of attorneys' fees or costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 4, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge